**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT MURA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF ENGLEWOOD CLIFFS<br><br>Defendant. | Civil Action No. 11-6433 (JLL)<br><br>**ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of the parties' joint submission requesting Court approval of the parties' settlement of Plaintiffs' claims under the Fair Labor Standards Act ("FLSA"). Having considered the parties' request, the Court finds that the proposed settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, **IT IS** on this __7__ day of January, 2013

**ORDERED** that the parties' request for approval of the settlement is granted; and it is further

**ORDERED** that this case is **CLOSED.**

**SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE
